IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LARRY H. HAYES, )<br>     )<br>      Plaintiff, )<br>     )<br> vs. )<br>     )<br> CLAUDE HICKS, et al., )<br>     )<br>      Defendants. )<br>_____ ) | CASE NO. 4:05-CV-233 |

## O R D E R

Plaintiff filed this pro se action on December 27, 2005. The matter was then randomly assigned to the undersigned. However, Plaintiff names the undersigned as a Defendant. For this reason, this case is **TRANSFERRED** to the Honorable B. Avant Edenfield.

**SO ORDERED** this 11th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA