UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LARRY H. HAYES,

    Plaintiff,

v.                      405CV233

9 U.S. SUPREME COURT JUDGES, ETC.,

    Defendants.

### ORDER

Inmate/plaintiff Larry H. Hayes moves this Court for leave to file *in forma pauperis* (IFP) a 42 U.S.C. § 1983 case[1] against various living and non-living judicial and government officials. He alleges that in the 1970s "I put my life on the line in service to my country. I nearly got killed several times." Doc. # 1 at 3. Plaintiff says that he "was a special case study beginning at Eisenhower Medical Command Post" at "Fort Gordon, Augusta, Georgia." His government "service" began "in the Carter era" and has continued through "George Junior # 41." *Id.* Hayes seems to claim that his civil rights have been violated, but he furnishes no rational details, let alone anything to meet F.R.Civ.P. 8's requirements -- even under the *pro se* standards set forth in *Erickson v. Pardus*, 127 S.Ct. 2197, 2200 (2007).

By any objective standard, Hayes's Complaint is frivolous and thus warrants dismissal. *See Edwards v. Snyder*, 478 F.3d 827, 829 (7th Cir. 2007) (A claim is factually frivolous, for purposes of the 28 U.S.C. § 1915A(b)(1), which requires district courts to preliminarily screen prisoner complaints and dismiss them if they are frivolous, if its allegations are bizarre, irrational or incredible). His implied IFP motion (doc. # 1) therefore is **DENIED**, and this case is now **CLOSED**.

This ___ day of July, 2007.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Actually, Hayes filed a form § 1983 Complaint and the Clerk sent him notice that he must pay the filing fee. He has not paid it. "Plaintiffs normally must pay $350 to file a civil complaint in federal district court, 28 U.S.C. § 1914(a), but 28 U.S.C. § 1915(a)(1) allows the district court to waive the fee, for most individuals unable to afford it, by granting IFP status." *Andrews v. Cervantes*, ___ F.3d ___, 2007 WL 1932824 at * 3 (9th Cir. 7/5/07). The Court construes plaintiff's form Complaint as an implied IFP motion.